### NELSON *vs.* CLAYTON.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Frivolous appeal and judgment affirmed, with the maximum of damages.

This is an action on two promissory notes, against the maker. A general denial was pleaded, but no defence made at the trial. The plaintiff had judgment, and the defendants appealed.

*Kennicott,* for the plaintiff.

*Durant,* contra.

*Simon, J.,* delivered the opinion of the court.

This is a suit on two promissory notes. The defence is a general denial. Plaintiff proved his demand, and had judgment. This is, clearly, a frivolous appeal.

It is, therefore, ordered, adjudged and decreed, that the judgment appealed from be affirmed, with costs in both courts, and with the maximum of damages, as for a frivolous appeal.